■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL NEGRON, Also Known as MICHAEL BATES, Appellant. —Appeal by the defendant from a judgment of the Supreme

Court, Queens County (Naro, J.), rendered June 3, 1977, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The plea allocution satisfied the requirements of *People v Harris* (61 NY2d 9) and, assuming the absence of a complete factual allocution, there is no suggestion on the record that the plea was improvident or baseless *(see, People v Langhorn,* 119 AD2d 844, *lv denied* 68 NY2d 758; *People v Damonde,* 111 AD2d 867). In any event, a factual allocution is not required where, as here, the plea is to a lesser crime *(see, People v Clairborne,* 29 NY2d 950). Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.